# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANCOIS JEAN (3),<br>　　　　　　　　　Defendant.<br>_____ | *<br>*<br>*<br>*  CRIM. NO. 22-100 (ADC)<br>*<br>*<br>*<br>* |

## MOTION FOR CHANGE OF PLEA
## AND NOTICE OF ABSENCE FROM THE JURIDICTION

TO THE HONORABLE AIDA DELGADO COLON,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

　　COMES NOW defendant Francois Jean (3) and informs as follows:

　　1.　Counsel has met with Mr. Jean on several occasions.

　　2.　Mr. Jean has decided that he will enter a guilty plea.

　　3.　Counsel will be absent from the jurisdiction of the United States and all its territories from September 12 to September 26, 2022.

　　4.　Since counsel will be at the office on September 27 and will need time to prepare Mr. Jean for the hearing, it is respectfully requested that the hearing be set for the second week of October.

　　WHEREFORE it is respectfully requested that the hearing be set for the second week of October or thereafter.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 9th day of September, 2022.

*S/Laura Maldonado Rodriguez*
Laura Maldonado Rodríguez
USDC-PR 205701

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system, which will serve all designated parties.

In San Juan, Puerto Rico this 9th day of September, 2022.

*S/ Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
lmr7771@aol.com
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
T. 787-413-7771